1  MICHAEL L. TRACY, Bar No. 237779
   mtracy@michaeltracylaw.com
2  LAW OFFICES OF MICHAEL TRACY
   2030 Main Street, Suite 1300
3  Irvine, CA 92614
   Telephone:   949.260.9171
4  Facsimile:   866.365.3051

5  Attorneys for Plaintiff KEVIN WELLMAN

7  ARTHUR M. EIDELHOCH, Bar No. 168096          DANIEL A. CROLEY, Bar No. 154386
   aeidelhoch@littler.com                        dcroley@fddcm.com
8  GALEN M. LICHTENSTEIN, Bar No. 251274        FUTTERMAN DUPREE DODD
   glichtenstein@littler.com                     CROLEY LLP
9  LITTLER MENDELSON, P.C.                      180 Sansome St., 17th Floor
   650 California Street                         San Francisco, CA 94104
   20th Floor                                    Telephone:   415.399.3845
10 San Francisco, California  94108.2693         Facsimile:   415.399.3838
   Telephone:   415.433.1940
11 Facsimile:   415.399.8490                    Attorneys for Defendant JOE LIU

12 Attorneys for Defendants
   OPLINK COMMUNICATIONS, INC., and KOCH
13 INDUSTRIES, INC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WELLMAN, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>v.<br><br>OPLINK COMMUNICATIONS, INC., A DELAWARE CORPORATION; KOCH INDUSTRIES, INC., AN UNKNOWN BUSINESS ENTITY; JOE LIU, AN INDIVIDUAL,<br><br>Defendants. | Case No. 3:15-CV-00156-JSW<br><br>**STIPULATION TO DISMISS DEFENDANT KOCH INDUSTRIES, INC. AND [PROPOSED] ORDER**<br><br>Complaint Filed:   January 12, 2015<br>Trial Date:        None set |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

(NO. 3:15-CV-00156-JSW)

STIPULATION TO DISMISS DEFENDANT KOCH INDUSTRIES, INC.

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff Kevin Wellman, Defendant Oplink Communications, Inc., Defendant Koch Industries, Inc., and Defendant Joe Liu, through their designated counsel of record, that Defendant Koch Industries, Inc. shall be, and hereby is, dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Koch Industries, Inc. has not filed a counterclaim. Koch Industries, Inc. shall bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: February 23, 2015

/s/ *Michael L. Tracy*[1]
MICHAEL L. TRACY
LAW OFFICES OF MICHAEL TRACY
Attorney for Plaintiff
KEVIN WELLMAN

Dated: February 23, 2015

/s/ *Arthur M. Eidelhoch*
ARTHUR M. EIDELHOCH
GALEN M. LICHTENSTEIN
LITTLER MENDELSON
Attorneys for Defendants
OPLINK COMMUNICATIONS, INC. AND
KOCH INDUSTRIES, INC.

Dated: February 23, 2015

/s/ *Daniel A. Croley*[2]
DANIEL A. CROLEY
FUTTERMAN DUPREE DODD CROLEY
MAIER LLP
Attorneys for Defendant
JOE LIU

---

[1] On February 23, 2015, counsel for Plaintiff Kevin Wellman communicated with counsel for Defendants Oplink Communications, Inc. and Koch Industries, Inc. via email, granting permission to file this Stipulation on his behalf. Attached as Exhibit A is the email in which such permission was granted.

[2] On February 23, 2015, counsel for Defendant Joe Liu communicated with counsel for Defendants Oplink Communications, Inc. and Koch Industries, Inc. via email, granting permission to file this Stipulation on his behalf. Attached as Exhibit B is the email in which such permission was granted.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

(NO. 3:15-CV-00156-JSW) 2. STIPULATION TO DISMISS DEFENDANT KOCH INDUSTRIES, INC.

# ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this STIPULATION TO DISMISS is entered in this Action, and Defendant Koch Industries, Inc. is hereby DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: February 23, 2015

_____
JEFFREY S. WHITE
United States District Court Judge

(NO. 3:15-CV-00156-JSW)     3.     STIPULATION TO DISMISS DEFENDANT KOCH INDUSTRIES, INC.

# EXHIBIT A

# Becerra, Susan A.

| | |
|---|---|
| **From:** | Michael Tracy <mtracy@michaeltracylaw.com> |
| **Sent:** | Monday, February 23, 2015 11:16 AM |
| **To:** | Lichtenstein, Galen M. |
| **Cc:** | Eidelhoch, Arthur M. |
| **Subject:** | RE: Wellman v. Oplink, et al. - Stipulation for Dismissal of Koch Industries |

Yes, this is fine to file.

**From:** Lichtenstein, Galen M. [mailto:GLichtenstein@littler.com]
**Sent:** Friday, February 20, 2015 3:19 PM
**To:** Michael Tracy
**Cc:** Eidelhoch, Arthur M.
**Subject:** Wellman v. Oplink, et al. - Stipulation for Dismissal of Koch Industries

Mr. Tracy-

Please find attached a draft stipulation to dismiss Defendant Koch Industries, Inc., without prejudice. Please confirm whether this stipulation is satisfactory, and whether we may affix your electronic signature for filing.

Thanks,
Galen Lichtenstein

**Galen Lichtenstein,** Associate
415.399.8486 direct    415.743.6636 fax    GLichtenstein@littler.com
650 California Street, 20th Floor | San Francisco, CA 94108-2693

  | littler.com
Employment & Labor Law Solutions Worldwide
----

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

# EXHIBIT B

**Becerra, Susan A.**
___

**From:** Croley, Dan <DCroley@FDDCM.com>
**Sent:** Monday, February 23, 2015 9:01 AM
**To:** Lichtenstein, Galen M.
**Cc:** Eidelhoch, Arthur M.
**Subject:** RE: Wellman v. Oplink, et al. - Stipulation to Dismiss Koch Industries, Inc.

Hi Galen,

Thanks. Yes, I stipulate to it being filed and your inserting the /S/ signature for me.

Best, Dan


FUTTERMAN DUPREE
DODD CROLEY MAIER LLP

**Daniel A. Croley | Attorney**
Labor and Employment and Litigation
**Futterman Dupree Dodd Croley Maier LLP**

| | |
|---|---|
| visit | 180 Sansome Street, 17th Floor<br>San Francisco, CA 94104 |
| direct | 415 399 3845 |
| cell | 650 867 0197 |
| fax | 415 399 3838 |
| view | www.fddcm.com |

Notice: This electronic mail transmission may constitute an attorney-client communication that is privileged by law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail. To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

___

**From:** Lichtenstein, Galen M. [mailto:GLichtenstein@littler.com]
**Sent:** Friday, February 20, 2015 3:21 PM
**To:** Croley, Dan
**Cc:** Eidelhoch, Arthur M.
**Subject:** Wellman v. Oplink, et al. - Stipulation to Dismiss Koch Industries, Inc.

Mr. Croley-

Please find attached a draft stipulation to dismiss Defendant Koch Industries, Inc., without prejudice. Please confirm whether this stipulation is satisfactory, and whether we may affix your electronic signature for filing. We have sent a draft to Mr. Tracy as well.

Thanks,
Galen Lichtenstein

1

**Galen Lichtenstein,** Associate
415.399.8486 direct   415.743.6636 fax   GLichtenstein@littler.com
650 California Street, 20th Floor | San Francisco, CA 94108-2693

# Littler | littler.com
Employment & Labor Law Solutions Worldwide

----

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

2