MICHAEL L. TRACY, Bar No. 237779
mtracy@michaeltracylaw.com
LAW OFFICES OF MICHAEL L. TRACY
2030 Main Street, Suite 1300
Irvine, California 92614
Telephone: (924) 260-9171
Facsimile: (866) 365-3051

Attorneys for Plaintiff
KEVIN WELLMAN

ARTHUR M. EIDELHOCH, Bar No. 168096
aeidelhoch@littler.com
GALEN LICHTENSTEIN, Bar No. 251274
glichtenstein@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, California 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendants
OPLINK COMMUNICATIONS, LLC.

DANIEL A. CROLEY, Bar No. 154386
dcrowley@fddcm.com
FUTTERMAN DUPREE DODD CROLEY MAIER LLP
180 Sansome Street, Suite 1700
San Francisco, California 94104
Telephone: (415) 399 3845
Facsimile: (415) 399-3838

Attorneys for Defendant
JOE LIU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WELLMAN, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>v.<br><br>OPLINK COMMUNICATIONS, INC., A DELAWARE CORPORATION; JOE LIU, AN INDIVIDUAL,<br><br>Defendant. | Case No. 3:15-CV-00156-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>FRCP 41(a) |

(NO. 3:15-CV-00156-JSW)   JOINT STIP. AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

## NOTICE OF SETTLEMENT

Plaintiff Kevin Wellman ("Plaintiff"), Defendant Oplink Communications, LLC ("Oplink"), and Defendant Joe Liu ("Liu") (collectively "Parties"), by and through their attorneys of record, hereby notify the Court that they have reached a settlement in the above-captioned matter.

## STIPULATION FOR ORDER TO DISMISS WITH PREJUDICE

WHEREAS, the Parties have fully executed a Settlement Agreement and General Release of All Claims that was entered into voluntarily and knowingly;

WHEREAS, the Parties were each represented by experienced counsel;

WHEREAS, the Parties engaged in protracted, arms-length settlement negotiations, including a full day mediation with a retired California Superior Court judge, and the Parties and their counsel each represent that the settlement is a fair and reasonable resolution of disputed claims;

WHEREAS, the entire agreed monetary consideration to Plaintiff was tendered to him (in care of his counsel) prior to the filing of this Joint Stipulation and [Proposed] Order for Dismissal with Prejudice;

WHEREAS, Plaintiff shall bear his own attorneys' fees, costs, and expenses, Defendants Oplink and Liu shall not seek to recover attorneys' fees, costs, or expenses from Plaintiff, and this Stipulation shall have no impact on any agreement, right, or obligation that Oplink and Liu have toward the other with regard to attorneys' fees, costs, and expenses incurred in this Action;

WHEREAS, all that remains to be done in this matter is the entry of an Order for dismissal with prejudice;

THEREFORE, THE PARTIES HEREBY STIPULATE THAT:

The Court should enter an Order dismissing this action with prejudice.

**IT IS SO STIPULATED.**

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

(NO. 3:15-CV-00156-JSW)    2.    JOINT STIP. AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

Dated: September 22, 2015

/s/ Michael L. Tracy
MICHAEL L. TRACY
LAW OFFICES OF MICHAEL TRACY
Attorneys for Plaintiff
KEVIN WELLMAN

Dated: September 22, 2015

/s/ Arthur M. Eidelhoch
ARTHUR M. EIDELHOCH
GALEN M. LICHTENSTEIN
LITTLER MENDELSON, P.C.
Attorneys for Defendants
OPLINK COMMUNICATIONS, LLC.

Dated: September 22, 2015

/s/ Daniel A. Croley
DANIEL A. CROLEY
FUTTERMAN DUPREE DODD CROLEY MAIER LLP
Attorneys for Defendant
JOE LIU

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

(NO. 3:15-CV-00156-JSW)     3.     JOINT STIP. AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

## ATTESTATION REGARDING ELECTRONIC SIGNATURES

I, Galen M. Lichtenstein, attest pursuant to Civil Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is being submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 22, 2015        By: _____
                                     GALEN M. LICHTENSTEIN

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

(NO. 3:15-CV-00156-JSW)   4.   JOINT STIP. AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

# [~~PROPOSED~~] ORDER ON STIPULATION

Having reviewed the foregoing stipulation, and for good cause appearing, the Court hereby grants the Parties' Joint Stipulation for Dismissal with Prejudice, and dismisses Case No. 3:15-CV-00156-JSW with prejudice.

**IT IS SO ORDERED**:

Dated: September 22, 2015

_____
HONORABLE JEFFREY S. WHITE
United States District Judge

Firmwide:135408812.1 083505.1001

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

(NO. 3:15-CV-00156-JSW)   5.   JOINT STIP. AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE